AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| DRIP CAPITAL, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-7464   HG |
| JY IMPORTS OF NY INC. and<br>MIRIAM JACOBOWITZ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Miriam Jacobowitz
JY IMPORTS OF NY INC.
130 Lee Ave.
Ste 493
Brooklyn, NY 11211-8031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard J.J. Scarola
Scarola Zubatov Schaffzin PLLC
620 Fifth Avenue, 2nd Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney
*CLERK OF COURT*

Date:   12/9/2022
~~XXXXXXXX~~
12/08/2022

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*